UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLAUDIA COTE,**

       **Plaintiff,**

**v.**                              Case No. 8:07-cv-1524-T-TBM

**ERIC SHINSEKI,**

       **Defendant.**
_____/

**O R D E R**

THIS CAUSE is before the court on the Defendant's motion for permission to bring cell phones and a laptop computer into the Sam M. Gibbons United States Courthouse pursuant to Local Rule 4.11(b). The motion is hereby **GRANTED** as follows:

| | |
|---|---|
| Name of Persons Allowed to Bring in Devices: | Scott Park, Kenneth Stegeby, James Kelly, and Beverly Lanier |
| Type of Device(s): | 2 Samsung cell phones, one Blackberry, and an HP Laptop with necessary cables and connectors |
| Location Device(s) Allowed: | Courtroom 10A |
| Dates: | June 12 - 26, 2009 |

The person(s) authorized by this Order shall present copy of this Order to security personnel each time that person(s) enter(s) the courthouse with such equipment. In their discretion, courthouse security personnel may require the authorized person to present picture

identification at the time of entry. The equipment described above is subject to inspection at any time by courthouse security personnel.

**Done and Ordered** in Tampa, Florida, this 11th day of June 2009.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Court Security Officers