UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLAUDIA COTE, M.D.,**
**DIANE T. GOWSKI, M.D.,**
**SALLY B. ZACHARIAH, M.D.,**
**ROXANNE LAINHART,**

**Plaintiffs,**

**v.** **Case No. 8:07-cv-1524-T-TBM**

**ERIC SHINSEKI, Secretary,**
**DEPARTMENT OF VETERANS AFFAIRS,**

**Defendant.**
_______________________________/

**VERDICT**

**A. Regarding Plaintiff Dr. Diane Gowski:**

**Do you find from a preponderance of the evidence:**

1. On the **retaliation** claim of Dr. Gowski, that an adverse employment action or actions occurred that were causally related to the Plaintiff's statutorily protected activities?

Answer Yes or No Yes

*If you answered No to 1, please skip to 4. If you answered Yes to 1, please answer 2.*

2. That the Defendant would have taken the adverse employment action or actions for other reasons even in the absence of the Plaintiff's statutorily protected activity?

Answer Yes or No Yes

*If you answered Yes to 2, please skip to 4. If you answered No to 2, please answer 3.*

3. That the Plaintiff suffered damages which were a proximate or legal result of the adverse employment action or actions?

Answer Yes or No ______

*If you answered Yes to 3, you will address the matter of damages in question 11 below after you have answered the questions regarding Dr. Gowski's remaining claims.*

*Please answer question 4.*

**Do you find from a preponderance of the evidence:**

4. On the **retaliatory hostile work environment** claim of Dr. Gowski, was the Plaintiff subjected to a hostile or abusive work environment because she engaged in good faith in statutorily protected EEO activity?

Answer Yes or No ___Yes___

*If you answered No to 4, please skip to 7. If you answered Yes to 4, please answer 5.*

5. That such hostile or abusive work environment was created or permitted by a supervisor with immediate or successively higher authority over the Plaintiff?

Answer Yes or No ___Yes___

*If you answered No to 5, please skip to 7. If you answered Yes to 5, please answer 6.*

6. That the Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Answer Yes or No ___Yes___

*If you answered Yes to 6, you will address the matter of damages in question 11 below after you have answered the questions regarding Dr. Gowski's remaining claim.*

*Please answer question 7.*

**Do you find from a preponderance of the evidence:**

7. On the **religious discrimination** claim of Dr. Gowski that the Defendant took an adverse employment action or actions against Plaintiff?

Answer Yes or No ___No___

*If you answered Yes to 7, please answer 8.*
*If you answered No to 7, you need not answer 8, 9, 10 or 11 on this claim. However, if you answered Yes to 3 <u>or</u> 6 above, you will address the matter of damages in question 11.*

8. That the Plaintiff's religious belief was a substantial or motivating factor that prompted the Defendant to take that action?

Answer Yes or No ______

*If you answered Yes to 8, please answer 9.*
*If you answered No to 8, you need not answer 9, 10 or 11 on this claim. However, if you answered Yes to 3 <u>or</u> 6 above, you will address the matter of damages in question 11 below.*

9. That the Defendant would have taken the adverse employment action or actions against the Plaintiff for other reasons even in the absence of consideration of the Plaintiff's religious belief?

Answer Yes or No ______

*If you answered No to 9, please answer 10.*
*If you answered Yes to 9, you need not answer 10 or 11 on this claim. However, if you answered Yes to 3 or 6 above, you will address the matter of damages in question 11 below.*

10. That the Plaintiff suffered damages which were a proximate or legal result of the adverse employment action or actions?

Answer Yes or No ______

*If you answered Yes to 3, 6, or 10, please answer 11. Otherwise, please skip to section B.*

11. What amount of damages, if any, do you find that Plaintiff, Dr. Diane Gowski, is entitled to recover:

a) for her net loss of wages to the date of trial?

$ 16,000

b) for emotional pain and mental anguish?

$ 250,000

**B. Regarding Plaintiff Dr. Sally Zachariah:**

**Do you find from a preponderance of the evidence:**

1. On the **retaliation** claim of Dr. Zachariah. that an adverse employment action or actions occurred that were causally related to the Plaintiff's statutorily protected activities?

Answer Yes or No ___yes___

*If you answered No to 1, please skip to 4. If you answered Yes to 1, please answer 2.*

2. That the Defendant would have taken the adverse employment action or actions for other reasons even in the absence of the Plaintiff's statutorily protected activity?
Answer Yes or No ___yes___

*If you answered Yes to 2, please skip to 4. If you answered No to 2, please answer 3.*

3. That the Plaintiff suffered damages which were a proximate or legal result of the adverse employment action or actions?

Answer Yes or No ______

*If you answered Yes to 3, you will address the matter of damages in question 11 below after you have answered the questions regarding Dr. Zachariah's remaining claims.*

*Please answer question 4.*

**Do you find from a preponderance of the evidence:**

4. On the **retaliatory hostile work environment** claim of Dr. Zachariah, was the Plaintiff subjected to a hostile or abusive work environment because she engaged in good faith in statutorily protected EEO activity?

Answer Yes or No ___yes___

*If you answered No to 4, please skip to 7. If you answered Yes to 4, please answer 5.*

5. That such hostile or abusive work environment was created or permitted by a supervisor with immediate or successively higher authority over the Plaintiff?

Answer Yes or No ___yes___

*If you answered No to 5, please skip to 7. If you answered Yes to 5, please answer 6.*

6. That the Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Answer Yes or No ___yes___

*If you answered Yes to 6, you will address the matter of damages in question 11 below after you have answered the questions regarding Dr. Zachariah's remaining claim.*

*Please answer question 7.*

**Do you find from a preponderance of the evidence:**

7. On the **gender discrimination** claim of Dr. Zachariah, that the Plaintiff was denied a promotional opportunity by the Defendant?

Answer Yes or No ___no___

*If you answered Yes to 7, please answer 8.*
*If you answered No to 7, you need not answer 8, 9, 10 or 11 on this claim. However, if you answered Yes to 3 or 6 above, you will address the matter of damages in question 11.*

8. That the Plaintiff's gender was a substantial or motivating factor that prompted the Defendant to take that action?

Answer Yes or No ______

*If you answered Yes to 8, please answer 9.*
*If you answered No to 8, you need not answer 9, 10 or 11 on this claim. However, if you answered Yes to 3 or 6 above, you will address the matter of damages in question 11 below.*

9. That the Plaintiff would have been denied the promotional opportunity for other reasons even in the absence of consideration of the Plaintiff's gender?

Answer Yes or No ______

*If you answered No to 9, please answer 10.*
*If you answered Yes to 9, you need not answer 10 or 11 on this claim. However, if you answered Yes to 3 or 6 above, you will address the matter of damages in question 11 below.*

10. That the Plaintiff suffered damages which were a proximate or legal result of the denial of the promotional opportunity?

Answer Yes or No ____

*If you answered Yes to 3, 6, or 10, please answer 11. Otherwise, please skip to section C.*

11. What amount of damages, if any, do you find that Plaintiff, Dr. Sally Zachariah, is entitled to recover:

a) for her net loss of wages to the date of trial?

$ 90,000

b) for emotional pain and mental anguish?

$ 1,000,000

C. **Regarding Plaintiff Dr. Claudia Cote:**

**Do you find from a preponderance of the evidence:**

1. On the **retaliation** claim of Dr. Cote, that an adverse employment action or actions occurred that were causally related to the Plaintiff's statutorily protected activities?

Answer Yes or No yes

*If you answered No to 1, please skip to 4. If you answered Yes to 1, please answer 2.*

2. That the Defendant would have taken the adverse employment action or actions for other reasons even in the absence of the Plaintiff's statutorily protected activity?

Answer Yes or No ___no___

*If you answered Yes to 2, please skip to 4. If you answered No to 2, please answer 3.*

3. That the Plaintiff suffered damages which were a proximate or legal result of the adverse employment action or actions?

Answer Yes or No ___yes___

*If you answered Yes to 3, you will address the matter of damages in question 11 below after you have answered the questions regarding Dr. Cote's remaining claims.*

*Please answer question 4.*

**Do you find from a preponderance of the evidence:**

4. On the **retaliatory hostile work environment** claim of Dr. Cote, was the Plaintiff subjected to a hostile or abusive work environment because she engaged in good faith in statutorily protected EEO activity?

Answer Yes or No ___yes___

*If you answered No to 4, please skip to 7. If you answered Yes to 4, please answer 5.*

5. That such hostile or abusive work environment was created or permitted by a supervisor with immediate or successively higher authority over the Plaintiff?

Answer Yes or No ___yes___

*If you answered No to 5, please skip to 7. If you answered Yes to 5, please answer 6.*

6. That the Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Answer Yes or No ___yes___

*If you answered Yes to 6, you will address the matter of damages in question 11 below after you have answered the questions regarding Dr. Cote's remaining claim.*

*Please answer question 7.*

**Do you find from a preponderance of the evidence:**

7. On the **gender discrimination** claim of Dr. Cote, that the Plaintiff was denied a promotional opportunity by the Defendant?

Answer Yes or No ___no___

*If you answered Yes to 7, please answer 8.*
*If you answered No to 7, you need not answer 8, 9, 10 or 11 on this claim. However, if you answered Yes to 3 or 6 above, you will address the matter of damages in question 11.*

8. That the Plaintiff's gender was a substantial or motivating factor that prompted the Defendant to take that action?

Answer Yes or No ______

*If you answered Yes to 8, please answer 9.*
*If you answered No to 8, you need not answer 9, 10 or 11 on this claim. However, if you answered Yes to 3 or 6 above, you will address the matter of damages in question 11 below.*

9. That the Plaintiff would have been denied the promotional opportunity for other reasons even in the absence of consideration of the Plaintiff's gender?

Answer Yes or No______

*If you answered No to 9, please answer 10.*
*If you answered Yes to 9, you need not answer 10 or 11 on this claim. However, if you answered Yes to 3 or 6 above, you will address the matter of damages in question 11 below.*

10. That the Plaintiff suffered damages which were a proximate or legal result of the denial of the promotional opportunity?

Answer Yes or No ______

*If you answered Yes to 3, 6, or 10, please answer 11. Otherwise, please skip to section D.*

11. What amount of damages, if any, do you find that Plaintiff, Dr. Claudia Cote, is entitled to recover:

a) for her net loss of wages to the date of trial?

$ 80,000

b) for emotional pain and mental anguish?

$ 2,000,000

## D. Regarding Plaintiff Roxanne Lainhart Bronner:

**Do you find from a preponderance of the evidence:**

1. On the **retaliation** claim of Roxanne Lainhart Bronner, that an adverse employment action or actions occurred that were causally related to the Plaintiff's statutorily protected activities?

Answer Yes or No yes

*If you answered No to 1, please skip to 4. If you answered Yes to 1, please answer 2.*

2. That the Defendant would have taken the adverse employment action or actions for other reasons even in the absence of the Plaintiff's statutorily protected activity?

Answer Yes or No no

*If you answered Yes to 2, please skip to 4. If you answered No to 2, please answer 3.*

3. That the Plaintiff suffered damages which were a proximate or legal result of the adverse employment action or actions?

Answer Yes or No ___yes___

*If you answered Yes to 3, you will address the matter of damages in question 7 below after you have answered the questions regarding Roxanne Lainhart Bronner's remaining claim.*

*Please answer question 4.*

**Do you find from a preponderance of the evidence:**

4. On the **retaliatory hostile work environment** claim of Roxanne Lainhart Bronner, was the Plaintiff subjected to a hostile or abusive work environment because she engaged in good faith in statutorily protected EEO activity?

Answer Yes or No ___yes___

*If you answered Yes to 4, please answer 5.*
*If you answered No to 4, you need not answer 5, 6 and 7 on this claim.*
*However, if you answered Yes to 3, you will address the matter of damages in question 7.*

5. That such hostile or abusive work environment was created or permitted by a supervisor with immediate or successively higher authority over the Plaintiff?

Answer Yes or No ___yes___

*If you answered Yes to 5, please answer 6. If you answered No to 5, you need not answer 6 or 7. However, if you answered Yes to 3, you will address the matter of damages in question 7.*

6. That the Plaintiff suffered damages as a proximate or legal result of such hostile or abusive work environment?

Answer Yes or No Yes

*If you answered Yes to 3 or 6, please answer question 7. Otherwise, your foreperson should date and sign the verdict.*

7. What amount of damages, if any, do you find that Plaintiff, Roxanne Lainhart Bronner, is entitled to recover:

a) to compensate her for emotional pain and mental anguish?

$ 300,000

SO SAY WE ALL.

[signature] JESSICA HARRIS
Foreperson

Date: 7/2/09