# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

## JUDGMENT IN A CIVIL CASE

CLAUDIA COTE, M.D.,
DIANE T. GOWSKI, M.D.,
SALLY B. ZACHARIAH, M.D.,
ROXANNE LAINHART,

    Plaintiffs,

v.                                   CASE NUMBER: 8:08-cv-1524-T-TBM

ERIC SHINSEKI, Secretary,
Department of Veterans Affairs,

    Defendant.

    **THIS CAUSE** came before the court for trial by jury. The issues have been tried and a jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that final judgment be entered in favor of each of the Plaintiffs in the total amount set forth for each in the verdict, which sum shall bear interest at the usual rate for federal court judgments. The Court reserves jurisdiction on the matter of the amount of damages, fees, and costs.

July 2, 2009

                                        SHERYL L. LOESCH,

                              BY    _____
                                             Deputy Clerk