UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANE T. GOWSKI, M.D.,
SALLY B. ZACHARIAH, M.D.,

    Plaintiffs,

v.                            Case No.  8:07-cv-1524-T-TBM

JAMES PEAKE, M.D. Secretary,
Department of Veterans Affairs, et al.,
and ERIC K. SHINSEKI,

    Defendants.
                              /

## O R D E R

This Cause is before the court on the Mandate issued by the Eleventh Circuit Court of Appeals on September 4, 2012.  By way of procedural background, this cause was tried to jury June 15th to July 2, 2009.  Judgment awarding Plaintiffs damages consistent with the verdict was thereupon entered.  (Doc. 126).  An Amended Judgment followed.  (Doc. 172). On November 23, 2009, the court granted in part Plaintiffs' motion for equitable and injunctive relief.  (Doc. 181).  An appeal ensued.  The opinion of a panel of the Eleventh Circuit issued June 4, 2012, (Doc. 249) and the Mandate followed.  By the court's opinion, the judgment was affirmed in part, and vacated and remanded in part with instructions insofar as it awarded injunctive relief.  In pertinent part, the decision stated,

> We also affirm in part the grant of injunctive relief, but remand in part the injunctive award with instructions for the district court to strike the award as it pertains to the removal of the doctors' disciplinary files and the prevention of their use in any further disciplinary action; the order that the doctors be appointed to additional hospital committees; the order that Gowski be placed back on rotation for duty assignments and be permitted to obtain the necessary credentials and privileges to do so; and the order that Zachariah be permitted to continue her research.

The mandate having now issued, it is so **ordered.** Insofar as the grant of injunctive relief directed the segregation of Plaintiffs' disciplinary files and a prohibition against their use in further disciplinary actions against Plaintiffs; directed that the doctors be appointed to two additional hospital committees; ordered that Dr. Gowski receive regular rotations through the MICU at Bay Pines and be permitted to obtain the necessary credentials and privileges to do so; and ordered that Dr Zachariah be returned her dementia study, these requirements of the injunction are **stricken**.

      **Done and Ordered** in Tampa, Florida, this 4th day of October 2012.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record